# MITCHELL, BRUDER & JOHNSON
### ATTORNEYS AT LAW

TERRY L. MITCHELL, Retired
GLENN P. BRUDER
ROBERT A. JOHNSON

CABRIOLE CENTER
SUITE 210
9531 WEST 78TH STREET
EDEN PRAIRIE, MN 55344

LEGAL ASSISTANTS
VICTORIA A. SCHOELLER
MICHELE A. JENNEY
SARAH A. MENDENHALL

TELEPHONE (952) 831-3174
FACSIMILE (952) 831-3176
E-MAIL: gbruder@bruderlaw.com

January 8, 2024

The Honorable Elizabeth Cowan Wright
Magistrate Judge of U.S. District Court
United States Courthouse
316 North Robert Street
St. Paul, MN 55101

**Submitted via CM/ECF**

Re: *United States v. Wenlasombo Ilboudo, 23-cr-257 (JWB/ECW)*

Dear Magistrate Judge Wright:

The December 18, 2023 Case Management Order required Mr. Ilboudo to file pretrial motions by January 8, 2024. I reviewed the Case Management Order. Paragraphs 6-16 address any non-dispositive motions I would file on the Defendant's behalf and I do not intend to file any dispositive motions on behalf of Mr. Ilboudo at this time.

Very truly yours,

Glenn P. Bruder
GPB/maj

CC: AUSA Harry Jacobs
Wenlasombo Ilboudo