UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Wenlasombo Ilbuodo (3),<br><br>          Defendant. | Crim. No. 23-257 (JWB/ECW)<br><br>**ORDER** |

Defendant Ilbuodo has filed a Motion to Withdraw as Counsel for Defendant and to Continue the February 21 Trial Date. (Doc. No. 134.) CJA Appointed Counsel Glenn Bruder has indicated that the attorney-client relationship is irretrievably broken.

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. The Federal Defender's Office is directed to appoint new counsel for Defendant Ilbuodo. The trial currently scheduled for February 21, 2024, is continued to a later date. The pretrial conference set for February 13, 2024, is canceled.

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and for the reasons stated in the Government's Motion to Continue Trial Date (Doc. No. 129) and Defendant Ilbuodo's Motion to Withdraw as Counsel for Defendant and to Continue the February 21 Trial Date (Doc. No. 134), the period from **February 7, 2024 until the new trial date**, shall be excluded from the Speedy Trial Act computations in this case.

Dated: February 8, 2024                    *s/ Jerry W. Blackwell*
                                                      JERRY W. BLACKWELL
                                                      United States District Judge